﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/20 Archive Date: 03/31/20

DOCKET NO. 190705-12664
DATE: March 31, 2020

REMANDED

Entitlement to service connection for sleep apnea to include as secondary to service-connected left knee and lumbar strain is remanded.

REASONS FOR REMAND

Entitlement to service connection for sleep apnea secondary to service- connected left knee and lumbar strain is remanded.

In October 2016, the Veteran completed a sleep study after presenting for medical treatment for loud snoring and daytime sleepiness. He was diagnosed with obstructive sleep apnea with a past medical history of tobacco use, insomnia, and obesity measuring a BMI of 34 noted. The Veteran was prescribed a CPAP machine. 

In September of 2018 the Veteran was afforded a VA examination for sleep apnea. The examiner confirmed the diagnosis of obstructive sleep apnea (OSA) and opined that it is less likely than not that the Veteran's sleep apnea was either caused by weight gain due to the Veteran’s inactivity or inability to exercise due to his 

 

service-connected left knee and lumbar strain. The examiner stated that the Veteran had a body mass index of 38.8. 

The examiner essentially stated it was clear that the Veteran has high body mass index and has chronic left knee and back problems causing difficulty with exercise which in turn could cause obesity/a high body mass index. Obesity/high body mass index could be the cause of obstructive apnea, but the weight gain could be caused by factors other that lack of exercise which include a high calorie diet. The examiner concluded by stating that there is no evidence available in the file that the Veteran’s diet was not a contributing factor for weight gain. See September 2018 Sleep Apnea DBQ.

In October 2018 a VA physician’s assistant wrote a note indicating that the Veteran’s sleep apnea has been successfully treated with the CPAP system with all pulmonary labs within normal limits. The provider further commented that the Veteran’s obesity does contribute to his sleep apnea but that his weight gain is due to a multitude of factors and not only a high calorie diet. See October 2018 letter. 

Both opinions are inadequate for a number of reasons and neither can be used for rating purposes. A new examination is required, and the claim is remanded for a new VA opinion to address the issues related to service connection. 

As an aside, as the most recent VA examination notes a high body mass index, it must be noted that obesity is not recognized by VA as a disability for compensation purposes. See 38 U.S.C. § 1110. Obesity can only serve as an intermediate cause of a disability if it is related to a service-connected disability. 

The Veteran essentially claims that his service-connected orthopedic disabilities cause an inability to exercise which has led to weight gain. It is determined here that a remand is required to address several questions to include whether the Veteran’s service-connected disabilities had caused weight gain, which in turn has caused obstructive sleep apnea. 

 

The matters are REMANDED for the following action:

1. Request new VA examination/or addendum opinion. The decision to reexamine the Veteran in person is left to the discretion of the examiner. Following a review of the record and the Veteran’s contentions, answer the following questions:

2. Is it at least as likely as not (50/50 probability or greater) that the Veteran's OSA is due to his service-connected disabilities? The Veteran argues that his service-connected disabilities limit his ability to exercise, resulting in obesity, and his obesity has caused his sleep apnea. In addressing this argument, the examiner must answer the following:

i. Is it at least as likely as not that the Veteran's the service-connected disability(ies) caused the Veteran to become obese?

ii. If so, is it at least as likely as not that the Veteran’s obesity was a substantial factor in causing the Veteran’s sleep apnea?

iii Is it at least as likely as not that the Veteran’s sleep apnea would not have occurred but for his obesity caused by his service-connected cervical spine disability?

This opinion should include a discussion of any pertinent studies or medical literature, as well as pertinent evidence on file. For instance, the examiner should discuss the functional impairment caused by the knee and back pathology, and whether it was such as to preclude exercise or movement such as to prevent or limit weight gain leading to obesity. It is not sufficient to say that the Veteran’s sleep apnea disorder is unrelated to his current service-connected disabilities causing the onset of his obesity. The examiner must in detail explain the relationship or lack thereof to the Veteran’s current service-connected disability’s including his obesity to his sleep apnea disability.

 

MARJORIE A. AUER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Denise Adams Hill, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.

 

.